# In The United States Court of Federal Claims

## Cover Sheet

07-204 T
RECEIVED
MAR 26 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Plaintiff(s) or Petitioner(s)
Lloyd W. Bailey , C. Robert Clarke, Joanne Clarke ,Barry S. Strauch, and Evelyn M. Strauch

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Sallie W. Gladney

Firm Name: Redding & Associates

Post Office Box:

Street Address: 2914 W.T.C. Jester

City-State-Zip: Houston, Texas

Telephone & Facsimile Numbers: 713-965-9244 713-621-5227

E-mail address:

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 2 1 2

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R E

**See attached Sheet for three digit code.**

Amount Claimed: $ $62,475.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003