# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LLOYD W. BAILEY, | § | FILED MAR 26 2007 U.S. COURT OF FEDERAL CLAIMS |
| | § | |
| C. ROBERT CLARKE, and JOANNE CLARKE, and | § | |
| | § | |
| BARRY S. STRAUCH, and EVELYN M. STRAUCH, | § | |
| | § | |
| Plaintiffs | § | CIVIL NO. 07-204 T |
| v. | § | JUDGE ____________ |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF INDIRECTLY RELATED CASES**

This notice is filed pursuant to RCFC 40.2(b). There are four other cases before the Court that present common issues of law and fact with the this case and which have all been transferred to Judge Mary Ellen Coster Williams. In order of filing, earliest to latest, those cases are:

*Herda, et al. v. United States*, Fed. Cl. No. 06-224;

*Lewin, et ux. v. United States*, Fed. Cl. No. 06-751;

*Cooke, et ux. v. United States*, Fed. Cl. No. 06-850, and

*Cooper, et ux. v. United States*, Fed.Cl. No. 07-107.

Plaintiffs believe assignment or transfer of this case to Judge Williams would significantly promote the efficient administration of justice.

The plaintiffs in this case and the plaintiffs in the four indirectly related cases listed above are all represented by attorneys with the law firm of Redding & Associates, P.C.: Thomas E. Redding is lead attorney for the Herdas and the Lewins, and Sallie W. Gladney is lead attorney for

the Cookes, the Coopers, and the plaintiffs here. Mr. Bart D. Jeffress, U.S. Department of Justice, has appeared as attorney of record for the United States in all four cases.

The four cases listed above share common issues of fact and law with the present case (individual issues of fact and law may also exist). Among the common allegations are (i) that one or more plaintiffs in each case was a limited partner in one or more of the partnerships in the "Elektra" partnership group, (ii) that plaintiffs are due refunds "due to the loss" plaintiffs "realized on the worthlessness and termination of" their respective partnership interest(s) "pursuant to Rev. Rul. 93-80," (iii) that, as a result of common litigation at the partnership level in the United States Tax Court, basis in the plaintiffs' partnership interests was increased, and (iv) that the plaintiffs' refund claims were timely filed pursuant to 26 U.S.C. §6230(c)(2)(B).

At present, *Herda* is in discovery, the proceedings in *Lewin* and *Cooke* have been suspended pending the outcome of *Herda*, and the answer has not yet been filed in *Cooper*. Plaintiffs anticipate that joint motions to suspend the proceedings will shortly be filed in *Cooper* and this case.

Counsels for all relevant plaintiffs and counsel for the defendant agree that the listed cases and this case are indirectly related.

In addition, there are two other pending cases that arise out of the Elektra partnership context:

*McGann, et ux. v. United States*, Fed. Cl. No. 05-1189 T; and

*Bailey, et al. v. United States*, Fed. Cl. No. 06-222 T.

In *McGann*, defendant moved to dismiss the complaint for lack of jurisdiction, all responses and replies have been filed and oral argument on that issue was held by telephone before Judge Lettow on January 29, 2007. *Bailey* is stayed pending the outcome as to the defendant's motion in *McGann*. While they are related to the Elektra partnerships, *McGann* and *Bailey*, do not have the

partnership termination/basis increase claims asserted in *Herda*, *Lewin*, *Cooke*, *Cooper* and here. *McGann* and *Bailey* involve claims for refund of interest imposed at the penalty rate under former §6621(c). Also, one issue briefed in *McGann* is the timeliness of an administrative refund claim under 26 U.S.C. §6230(C)(2)(A). That provision is not at issue in *Herda*, *Lewin*, *Cooke*, *Cooper*, or here. Given the differences in the legal claims, the parties do not believe *McGann* and *Bailey* should be considered "indirectly related" to *Herda*, *Lewin*, *Cooke*, *Cooper*, or this case for purposes of RCFC 40.2(b).

Finally, it should be noted that some AMCOR cases include partnership termination/basis increase and/or §6621(c) penalty interest claims that share at least some legal issues in common with similar claims in *Herda*, *Lewin*, *Cooke*,and *Cooper* and/or *McGann* and *Bailey*.

Pursuant to RCFC 40.2(b)(2), after this notice is filed, a copy of it will be served on the government's attorney of record in the above-referenced indirectly related cases via regular mail.

Respectfully,

Sallie W. Gladney
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:
Teresa J. Womack
Thomas E. Redding
Redding & Associates, P.C.
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713)965-9244 Voice
(713)621-5227 Fax