IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-204 T

(Judge Mary Ellen Coster Williams)

---

LLOYD W. BAILEY et. al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS

---

The parties respectfully request that proceedings be suspended in this case pending the Court's final disposition of *John Herda and Margaret Herda et. al. v. U.S.*, Fed. Cl. No. 06-224 T. Plaintiffs' counsel has previously informed the Court that this case is indirectly related to *Herda*, *Lawrence S. Lewin and Marion E. Lewin v. U.S.*, Fed. Cl. No. 06-751 T, *Gordon R. Cooke and Jennifer L. Cooke v. U.S.*, Fed. Cl. No. 06-850 T, and *Harold A. Cooper and Ruth Cooper*, *Deceased v. U.S.*, Fed. Cl. No. 07-107 T. *See Notice* [Doc. #3], Fed. Cl. No. 07-204 T. The undersigned attorney of record for the United States concurs with the assessment that this case is indirectly related to *Herda*, *Lewin*, *Cooke*, and *Cooper*.

*Lewin*, *Cooke*, and *Cooper* are presently stayed pending the final disposition of *Herda*. Given the common issues of law and fact (material individual issues of law and fact may also exist) present in *Herda*, *Lewin*, *Cooke*, *Cooper*, and this case, the parties believe the efficient administration of justice would be significantly promoted by also suspending this case pending

the final disposition of *Herda*.

Respectfully submitted,

5/09/2007 s/Sallie W. Gladney by s/Bart D. Jeffress
Date SALLIE W. GLADNEY
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

5/09/2007 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

5/09/2007 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant