# In the United States Court of Federal Claims

**No. 07-204T**
**(Filed May 31, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**LLOYD W. BAILEY, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

---

On May 9, 2007, the parties filed with this Court a joint motion to stay the proceedings in this action pending the final disposition of John Herda and Margaret Herda, et. al. v. United States, Fed. Cl. No. 06-224T. The parties previously informed the Court that this case is indirectly related to Herda, Lawrence S. Lewin and Marion E. Lewin v. U.S., Fed. Cl. No. 06-751T, Gordon R. Cooke and Jennifer L. Cooke v. United States, Fed. Cl. No. 06-850T, and Harold A. Cooper and Ruth Cooper, Deceased v. U.S., Fed. Cl. No. 07-107T. Good cause having been shown, the motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**