# In the United States Court of Federal Claims

**No. 07-204T**
**(Filed October 30, 2007)**

| | |
|---|---|
| **LLOYD W. BAILEY, et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

---

**ORDER GRANTING JOINT MOTION TO CONTINUE STAY**

---

On October 29, 2007, the parties filed a joint status report and motion to lift the stay in an indirectly related case Cooke v. United States, No. 06-850T and to continue the stay in the instant case. Good cause having been shown, the Court hereby **GRANTS** the parties' motion and STAYS the case until a decision is made in Cooke v. United States, No. 06-850T. Accordingly, the parties are **ORDERED** to file a joint status report 30 days after the decision in Cooke v. United States, advising the Court of how they wish to proceed in this case.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**